# MICHAEL C. ROSS
ELIAS LAW P.C.
111 Isleta Blvd. SW, Suite A
Albuquerque, New Mexico 87105
(505) 221.6000 Phone (480) 779.1329 Fax

October 6, 2023

Judge John F. Robbenhaar                  ***VIA E-MAIL***
U.S. District Court of New Mexico
333 Lomas Blvd. NW
Albuquerque, NM 87102

      Re:    Scheduling Conference held on 10/05/2023
                *Atsabi Tse v. United States of America*
                No. 22-cv-00987 GBW/JFR

Dear Judge Robbenhaar:

Please accept my sincere apology for not appearing at the telephonic initial scheduling conference in this matter. Not as an excuse but just as an explanation, my staff and I made an error on our calendar entry.

I would be glad to pay a fine, or compensate the Defendant for fees and costs.

By copy of this letter, I also extend my apologies to counsel for the Defendant.

Sincerely,

*/s/ Michael C. Ross*

Michael C. Ross

cc:

Benjamin Garrett Minegar (benjamin.minegar@usdoj.gov)
Nicholas Sydow (nicholas.sydow@usdoj.gov)